**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James David Kline, | No. CV-26-00018-TUC-JGZ (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Tucson, et al., | |
| Defendants. | |

On June 29, 2026, Magistrate Judge Jacqueline M. Rateau issued a Report and Recommendation ("R&R") in which she recommended the Court deny Plaintiff's Emergency Motion for Temporary Restraining Order, Order to Show Cause, and Memorandum Regarding Record Sufficiency and Immunity. (Doc. 27.) The R&R notified Plaintiff he had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations de novo if *objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original). District courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

The Court has reviewed Judge Rateau's R&R and Plaintiff's Motion. The Court

finds the R&R well-reasoned and agrees with Judge Rateau's conclusion that the Motion should be denied.

Accordingly,

**IT IS ORDERED:**

1.	The Report and Recommendation (Doc. 32) is **accepted and adopted in full.** Plaintiff's Emergency Motion for Temporary Restraining Order (Doc. 27) is **denied.**

2.	This case remains referred to Magistrate Judge Jacqueline Rateau for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LR Civ. 72.1 and 72.2. All future filings in this case shall be designated: CV 26-00018-TUC-JGZ (JR).

Dated this 16th day of July, 2026.

_____
Jennifer G. Zipps
Chief United States District Judge

- 2 -